IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



ROBBIE SANDLER                                                    PLAINTIFF

VS.                                            CIVIL ACTION NO.1:04cv901JMR -JMR

THE GREAT ATLANTIC & PACIFIC TEA COMPANY,INC.          DEFENDANT

<u>FINAL JUDGMENT</u>

Pursuant to the memorandum opinion issued on June 20,2006 finding that

Defendant's Motion for Summary Judgment should be granted.

.IT IS, hereby, ORDERED AND ADJUDGED, this matter be, and is

hereby, dismissed with prejudice.

This the 20th day of June ,2006

_____
CHIEF UNITED STATES MAGISTRATE JUDGE